# EXHIBIT A

# EXECUTIVE EMPLOYMENT AGREEMENT

This **EXECUTIVE EMPLOYMENT AGREEMENT** (this "**Agreement**") is made as of \_\_\_\_ █████████ \_\_\_\_, 2017, between **WECOUNSEL SOLUTIONS, LLC**, a Tennessee limited liability company (the "**Company**"), and **SAM JOHNSON**, an individual with a residence located at ████████████████████ (the "**Executive**"). In consideration of the promises and the terms and conditions set forth in this Agreement, the parties hereby agree as follows:

## ARTICLE 1
## POSITION AND RESPONSIBILITIES

**SECTION 1.1.** **Position.** Executive shall serve as the Company's Chief Executive Officer ("**CEO**").

**SECTION 1.2.** **Responsibilities and Authority.** ███████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
███ ███ ██████ ██ ████ ███ █ █████ ████ ██ ███ ███████
████████████████████████████████████████████████████
█████████████████████ █ █████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████████████████████████████ █ ████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
██████████████

**SECTION 1.3.** **Expected Time Commitment.** ███████████████

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████ █ ██████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████████████████████

**ARTICLE 2**
**TERM OF EMPLOYMENT**

The term of the Executive's employment shall commence on the date hereof and shall terminate as set forth in Article 4.

**ARTICLE 3**
**COMPENSATION**

**3.1. Salary; Bonus.** ███████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████

**3.1.1. *Base Compensation*.** ████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
████████████████

**3.1.2. *Incentive Compensation*.**

**(a)** ███████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████████████████████





**3.2. <u>Benefit Plans</u>.** ███████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████ █████████
████████████████████████████████████████████████
███████████████████████████ ███████████████████
████████████████████████████████████████

**3.3. <u>Expenses</u>.** █████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
██████████████████████████████

**3.4. <u>Annual Review</u>.** ███████████████████████████
████████ ████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

███████████████████████████████████████████████████████
████████████████████████████████████

**3.5. <u>Equity</u>.**



**ARTICLE 4**
**TERMINATION**

**4.1.  Termination upon Death.** ████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████

**4.2.  Termination upon Disability.** ████████████████████████
██████████████████████████████████ █████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████ ████████████████████████
████████████████████████████████████

**4.3.  Termination for Cause.** ████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████ ████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████ ███████████████████████████
████████████████████████ ████████████████████████████████████
██████████████████████████████

██████ ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
█████████████████████████████



**4.4.  Termination without Cause.**

**4.5.  Termination by Executive.**

**4.6.  Compensation on Termination.**

    **(a)  Compensation.**



**4.7.** <u>Rights and Remedies Upon Breach</u>.



## ARTICLE 5
## CERTAIN COVENANTS OF EXECUTIVE

**5.1. Confidentiality.**

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████

    **(b)**    **Breach**. ████████████████████████████████████████
██████████████████████████████████████████████████████
█ █ █ █ █ █ █ █ █ █ █ █ █ █ █ █ █ █ █ █
██████████████████████████████████████████████████████
███████████████████████████████

**5.2.** **Non-Competition and Non-Solicitation.**

██ ████████████████████████████

██ ██████████████ ████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████

████████████████████████████████████████████████████████
████████████████████████████████████████████████

██ ██████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████



(c)     <u>**Disclosure and Assignment of Rights**</u>.

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████

**5.3.  Rights and Remedies Upon Breach.** ████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████

**5.4.  Severability of Covenants.** ████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████ ██████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████

**ARTICLE 6**
**MISCELLANEOUS**

**6.1.  Company Actions.** ██████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████

**6.2.  Notices.** ████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

█    ████████████████
   ██████    ████████████
            █████████████
            █████████  ██
            ███████████

█    █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████

████████████████████████████████████████
███████████████████████████████████████████

**6.3.  Entire Agreement.** ███████████████████
██████████████████████████████████████████
████████████████████

**6.4.  Waivers and Amendments.** ██████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████   ██████████████████
█████████████   █████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████████████████

**6.5.  Assignment.** ████████████████████████
███████████████████████████████   ███████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████

**6.6.  Counterparts.** ██████████████████████
███████████████████████████████████████████
█████████████

**6.7.  Headings.** ████████████████████████
████████████████████████████████████████████

**6.8.  Number.** ████████████████████████████
███████████████████████████████████████

**6.9.** <u>Governing Law</u>. ███████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████

**6.10.** <u>Expenses</u>. ████████████████████████████████
████████████████████████████████████████████████████████
██████████████████████████████████████████

**6.11.** <u>Withholding</u>. ███████████████████████████████
████████████████████████████████████████████████████████
████

**6.12.** <u>Resolution of Disputes, Binding Arbitration</u>. ████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████

[Intentionally Left Blank – Signature Page(s) to Follow]

**IN WITNESS WHEREOF**, the parties have executed this Executive Employment Agreement as of the date first above written.

_____ 08/28/2017
**Sam Johnson**

**WeCounsel Solutions, LLC**

By: _____

Its  Andrew M. Zaback
     Chairman of the Board of Managers