# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JOHNSON and<br>JILL JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY GRIFFIN,<br><br>    Defendant. | Case No. 3:22-cv-00295<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Barbara D. Holmes |

## MOTION TO STAY INITIAL CASE MANAGEMENT CONFERENCE

Plaintiffs, by and through their counsel, respectfully move to stay the initial case management conference, currently set for Thursday, June 2, 2022. (Docket Entry ("D.E.") 6). The undersigned counsel has filed the Waiver of service of process (D.E. 11), pursuant to which the Defendant shall answer or otherwise respond on or before July 1, 2022.

Since the Defendant will not have responded to the Complaint before June 2, 2022, and no counsel has entered an appearance for the Defendant, the undersigned submits that a stay of the initial case management conference is appropriate, to be rescheduled possibly in the latter half of July 2022. Pursuant to Local Rule 7.01, the undersigned states that he has communicated with an attorney who has represented Ms. Griffin in other matters and anticipates being engaged in the near future, and the relief requested herein is not opposed.

Respectfully submitted,

*/s/ Todd V. McMurtry*
Todd V. McMurtry (KBA #0082101)
J. Will Huber (KBA #0099339)
HEMMER DEFRANK WESSELS, PLLC
250 Grandview Dr., Suite 500
Fort Mitchell, KY 41017
tmcmurtry@hemmerlaw.com
whuber@hemmerlaw.com
Admitted *pro hac vice*

Lyndsay C. Smith (TN #024715)
SMITH, PLC
311 22nd Ave. N.
Nashville, TN 37203
lsmith@smith-plc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

*/s/ Lyndsay C. Smith*
Lyndsay C. Smith