UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JOHNSON and<br>JILL JOHNSON,<br><br>    Plaintiffs,<br><br>v.<br><br>KATHY GRIFFIN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  NO. 3:22-cv-00295<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE