IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMUEL JOHNSON, et al )
)
v. ) NO. 3:22-0295
) Campbell/Holmes
KATHY GRIFFIN )

**O R D E R**

Pursuant to Local Rule 16.01(h)(2), the District Judge is provided notice that on July 15, 2022, Defendant filed a motion to dismiss with supporting memorandum (Docket Nos. 18, 19). Any responsive briefing shall be in accordance with Local Rule 7.01(a)(3) and (4).

The Clerk is directed to forward the motion and any responsive filings to the Honorable William L. Campbell, Jr., District Judge for his consideration.

Unless otherwise ordered, the initial case management conference remains scheduled for **9:30 a.m., August 1, 2022**, by conference call, using the Court's conference line at is 1-877-402-9753, access code 3808663#.[1]

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge

---

[1] Instructions for the parties' preparation and filing of a joint proposed initial case management order are found in prior notices and orders. Counsel should utilize the form initial case management order found on the Court's website under the link to Magistrate Judge Holmes with designated sections for Judge Campbell's cases.