IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMUEL JOHNSON, et al  )
                       )
v.                     )    NO. 3:22-0295
                       )    Campbell/Holmes
KATHY GRIFFIN          )

**O R D E R**

Pending before the Court is Plaintiffs' motion to set briefing schedule and for a stay of discovery, disclosures, and initial case management conference (Docket No. 24), which is represented to be unopposed and is GRANTED IN PART as provided for below. The responsive briefing schedule on Defendant's motion to dismiss (Docket No. 18) will be set by order of Judge Campbell entered separately. As to the other requested relief, it is ORDERED as follows:

1. Except for initial disclosures under Fed. R. Civ. P. 26(a)(1), which must be exchanged by no later than **August 31, 2022**, and must include copies (not descriptions) of responsive documents, discovery and all other case management is STAYED pending further order.

2. The initial case management conference, currently set for August 1, 2022, is CANCELLED, to be reset by further order if necessary. If any of this case remains pending following the District Judge's ruling on the motion to dismiss, the parties must, **within seven (7) days** of the date of entry of the order on the motion to dismiss, file a joint motion to reset the initial case management conference. Further, if by **March 20, 2023**, the motion to dismiss remains pending, the parties must **by that date**, file a joint motion to reset the initial case management conference. Both counsel are equally responsible for ensuring compliance with this provision.

3. The responsive briefing schedule on Defendant's motion to dismiss (Docket No. 18) will be set by order of Judge Campbell entered separately.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge