IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMUEL JOHNSON, in his individual capacity, and JILL JOHNSON, in her individual capacity, | ) ) ) ) |
| Plaintiffs, | ) ) NO. 3:22-cv-000295 |
| v. | ) ) JUDGE CAMPBELL ) MAGISTRATE JUDGE HOLMES |
| KATHY GRIFFIN, in her individual capacity, | ) ) ) |
| Defendant. | ) ) |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss the Complaint for Lack of Personal Jurisdiction and Failure to State a Claim, and Tennessee Public Participation Act Petition. (Doc. No. 18). The motion is fully briefed and ripe for the Court's consideration. (*See* Doc. Nos. 29, 30). For the reasons set forth in the accompanying Memorandum, the motion is **GRANTED**, and this case is dismissed for lack of personal jurisdiction. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE