# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL JOHNSON, in his individual capacity, and JILL JOHNSON, in her individual capacity, | ) ) ) ) | |
| Plaintiffs, | ) ) | NO. 3:22-cv-000295 |
| v. | ) ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
| KATHY GRIFFIN, in her individual capacity, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Defendant's motion (Doc. No. 40) to renew her motion to dismiss as to her arguments for dismissal under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**. Defendant's motion to dismiss (Doc. No. 18) and associated briefing (Doc. Nos. 29, 30) are reinstated. The Court will consider Defendant's motion to dismiss (Doc. No. 18) as briefed.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE